

# NUMBER 13-21-00401-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE DONNA M. SHOOK

## On Petition for Writ of Mandamus.

## ORDER

**Before Justices Benavides, Longoria, and Tijerina**
**Order Per Curiam**

This Court previously denied mandamus relief on December 9, 2021. *See In re Shook*, No. 13-21-00401-CV, 2021 WL 5831347, at *1 (Tex. App.—Corpus Christi–Edinburg Dec. 9, 2021, orig. proceeding) (mem. op.). Relator Donna M. Shook has now filed a motion for rehearing, a sealed record, and a motion for emergency relief.

The Court requests that the real party in interest, Michael W. Arnold, or any others whose interest would be directly affected by the relief sought, file a response to the motion for rehearing on or before the expiration of ten (10) days from the date of this order.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that it should be granted. Accordingly, we grant the motion for emergency relief, and we order these matters to be stayed pending further order of this Court: (1) the Second Amended Order on Motion to Compel Compliance with Subpoena; (2) any hearing on Michael W. Arnold's Amended Motion for Contempt; (3) the November 16, 2021 Motion for Contempt for Violation of Court Order and for Sanctions; (4) any enforcement of the underlying Subpoena for Production of Documents; and (5) any effort in the trial court to compel production of the Georgia G. Arnold Living Trust and any amendments thereto. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

PER CURIAM

Delivered and filed on the
21st day of December, 2021.